# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO HINOJOS,<br><br>        Plaintiff,<br><br>   v.<br><br>UEKERT, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00838-LJO-NEW (DLB) PC<br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS WITHIN WHICH TO COMPLY WITH THE COURT'S ORDER OF FEBRUARY 27, 2007, OR THE FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION WILL BE SUBMITTED TO THE DISTRICT JUDGE<br><br>(Doc. 12)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY OF ORDER 10 AND COMPLAINT FORM TO PLAINTIFF |

     Plaintiff Octavio Hinojos ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2007, the court ordered plaintiff to either file an amended complaint or notify the court of his willingness to proceed only against defendants Broderick, Uekert, Alfaro, and Hope for the use of excessive physical force, in violation of the Eighth Amendment. On April 20, 2007, after plaintiff failed to comply with or otherwise respond to the order, the court issued findings and recommendations recommending dismissal of this action for failure to obey a court order. On May 9, 2007, plaintiff filed a notice of change of address and request for an extension of time.

     In the notice, plaintiff states that the court should send any correspondence to his mother's address in Long Beach. Plaintiff is required to keep the court informed of his current address of

///

1 record, which is the Los Angeles County Jail.  The court will not mail correspondence concerning this case to an address at which plaintiff is not located.

The court will provide plaintiff with thirty additional days to respond to the court's order of February 27, 2007.  If plaintiff fails to comply with the order, the findings and recommendations issued on April 20, 2007, will be submitted to the district judge in this case for consideration.  If plaintiff complies with the court's order of February 27, 2007, the court will vacate the findings and recommendations.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff a courtesy copy of order number 10 and a complaint form;
2. Within **thirty (30) days** from the date of service of this order, plaintiff shall comply with the court's order of February 27, 2007, by either filing an amended complaint or notifying the court of his willingness to proceed only against defendants Broderick, Uekert, Alfaro, and Hope for the use of excessive physical force; and
3. If plaintiff fails to comply with the court's order of February 27, 2007, the findings and recommendations recommending dismissal of this action will be submitted to the district judge.

IT IS SO ORDERED.

Dated:   June 14, 2007              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE