# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO HINOJOS,<br><br>            Plaintiff,<br><br>   v.<br><br>UEKERT, et al.,<br><br>            Defendants. | CASE NO. 1:06-cv-00838-LJO-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Docs. 10 and 11) |

     Plaintiff Octavio Hinojos ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On February 27, 2007, the Magistrate Judge screened plaintiff's complaint and issued an order requiring plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable by the Court. Plaintiff did not respond and on April 20, 2007, the Magistrate Judge issued a Findings and Recommendations recommending dismissal of this action for failure to obey the Court's order and failure to prosecute. Plaintiff was provided with thirty days within which to file any objection to the Findings and Recommendations. Plaintiff did not file any objection to the Findings and Recommendations but filed a motion seeking an extension of time and a notice of change of address on May 9, 2007.

     On June 14, 2007, the Magistrate Judge issued an order directing the Clerk's Office to send plaintiff a copy of the February 27 order, granting plaintiff a thirty-day extension of time to comply with the order of February 27, and warning plaintiff that if he did not comply with the order, the

Findings and Recommendations would be submitted to the undersigned for consideration. More than thirty days have passed and plaintiff has not complied with or otherwise responded to the order.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 20, 2007, is adopted in full; and
2. This action is dismissed, without prejudice, for failure to obey the Court's order of February 27, 2007, and failure to prosecute.

IT IS SO ORDERED.

**Dated:   August 25, 2007**                         **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE

---

[1] The June 14 order was returned by the postal service as undeliverable. Plaintiff's address of record is the Los Angeles County Jail. The California Department of Corrections and Rehabilitation has confirmed that plaintiff was returned to state prison on June 5, 2007. However, more than sixty days have passed and plaintiff has not filed a notice of change of address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

2